# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: MAXUS ENERGY CORPORATION, *et al.*, <br><br> Debtors | Chapter 11 <br><br> Case No. 16-11501 (CSS) <br> (Jointly Administered) |
| JOSEPH J. FARNAN, JR. in his capacity as the LIQUIDATING TRUSTEE OF THE MAXUS LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> AON RISK SERVICES SOUTHWEST INC., <br><br> Defendant. | Adv. Proc. No.: 18-50491 (CSS) |

## STIPULATION OF DISMISSAL

WHEREAS, Joseph J. Farnan, Jr., in his capacity as the Liquidating Trustee of the Maxus Liquidating Trust, the above-captioned plaintiff (the "Plaintiff") and defendant, Aon Risk Services Southwest, Inc., (the "Defendant") have mutually agreed to the dismissal of the above-captioned adversary proceeding (the "Adversary Proceeding").

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Adversary Proceeding and any and all claims asserted therein are dismissed with prejudice.

*(Signature page to follow)*

| | |
|---|---|
| Dated: October 23, 2019 | Dated: October 23, 2019 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | DRINKER BIDDLE & REATH LLP |
| By: */s/   Amy D. Brown* <br> Michael Busenkell (DE 3933) <br> Amy D. Brown (DE 4077) <br> 1201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> Telephone: (302) 425-5800 <br> Fax: (302) 425-5814 <br> Email: mbusenkell@gsbblaw.com <br>             abrown@gsbblaw.com | By*:  /s/  Joseph Argentina, Jr.* <br> Joseph Argentina, Jr. (DE 5453) <br> 222 Delaware Ave., Suite 1410 <br> Wilmington, DE 19801 <br> Telephone: (215) 988-2541 <br> Fax: (215) 988-2757 <br> Email: Joseph.Argentina@dbr.com |
| *Counsel to the Liquidating Trustee* | *Counsel for Defendant* |